ACCEPTED
05-15-00186-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
7/9/2015 10:20:31 AM
LISA MATZ
CLERK

## NO. 05-15-00186-CR

| | |
|---|---|
| **CHARLES DEWAYNE HOOKS** | **§ IN THE COURT OF APPEALS** |
| **V.** | **§ FOR THE FIFTH DISTRICT** |
| **STATE OF TEXAS** | **§ OF TEXAS AT DALLAS** |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
7/9/2015 10:20:31 AM
LISA MATZ
Clerk

## MOTION FOR AN EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**COMES NOW, Charles Dewayne Hooks,** Appellant in the above named cause numbers, by and through his duly appointed attorney on appeal, and requests that this Court extend the time for filing Appellant's brief from July 12, 2015 to August 11, 2015.

### I.

On February 5, 2015, Appellant pled guilty and was convicted of murder in the 283rd Judicial District Court in Dallas County, Texas. (CR: 59). The jury found Appellant guilty and sentenced Appellant to life imprisonment. (CR: 59). On February 5, 2015, Appellant filed a timely notice of appeal. (CR1: 26).

### II.

The due date for Appellant's Brief is July 12, 2015.

**III.**

Appellant requests an extension of time of thirty (30) days in which to file his Brief. No previous extension of time has been requested by Appellant.

**IV.**

Appellant submits that a reasonable explanation exists for this requested extension. Appellant relies on the following facts to reasonably explain why the brief has not yet been prepared and the need for an extension of time in which to file Appellant's Brief:

(1) The undersigned attorney filed a brief in cause numbers 06-14-00234-CR & 06-14-00235-CR styled *Melvin Wayne Richardson v. State of Texas* on April 20, 2015 pending in the 6th District Court of Appeals, Texarkana, Texas.

(2) The undersigned attorney filed a brief in cause numbers 05-14-01075-CR styled *Jorge Gutierrez v. State of Texas* on April 24, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(3) The undersigned attorney filed a brief in cause numbers 05-14-01251-CR and 05-14-01252-CR styled *Lavandra Donteka Rushing v. State of Texas* on May 22, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(4) The undersigned attorney filed a brief in cause number 05-14-01369-CR styled *Ronnie Creige Wilson v. State of Texas* on May 27, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(5) The undersigned attorney filed a brief in cause number 05-14-01122-CR styled *Vicente Alejandro Perez v. State of Texas* on June 24, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(6) The undersigned attorney filed a brief in cause numbers 05-14-01308-CR and 05-14-01309-CR styled *Gerardo DeLaCruz v. State of Texas* on July 6 , 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(7) The undersigned attorney is preparing a brief in cause number 05-14-01445-CR styled *Lakeisha Shanta Hill v. State of Texas* pending in the 5th District Court of Appeals, Dallas, Texas.

(8) The undersigned attorney is preparing a brief in cause number 05-14-01609-CR styled *Ricardo Velazquez v. State of Texas* pending in the 5th District Court of Appeals, Dallas, Texas.

## V.

This Motion is not brought for purposes of delay but so that the appellate record can be read and evaluated, and so that the legal and factual issues presented by the appellate record can be properly briefed and presented to this Court on Appellant's behalf.

WHEREFORE, Appellant requests this Court extend Appellant's deadline to file its brief to August 11, 2015.

Respectfully submitted,

/s/ *Nanette Hendrickson*

Lynn Pride Richardson
Chief Public Defender
Dallas County, TX

Nanette Hendrickson
Assistant Public Defender
Texas State Bar No. 24081423
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-2
Dallas, Texas 75207-4399
(214) 653-3582 *(phone)*
(214) 653-3539 (*fax)*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was served on the Dallas County Criminal District Attorney's Office (Appellate Division), 133 N. Riverfront Blvd., B-19, 10th Floor, Dallas, Texas, 75207, by hand delivery and electronic service at DCDAAppeals@dallascounty.org on July 9, 2015.

/s/ *Nanette Hendrickson*
Nanette Hendrickson